UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ANDREW DENIS KAMAU,**

    **Plaintiff,**

v.                                        Case No. 3:12cv207-MCR/CJK

**SACRED HEART HEALTH SYSTEM,**

    **Defendant.**

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 20, 2013 (doc. 23). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to effectuate proper service, within the time allowed by the Federal Rules of Civil Procedure, and any extension of such time allowed by the Court, and failure to comply with orders of the Court.

    3.    The Clerk is directed to close the file.

**DONE and ORDERED** this 24th day of December, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**